[No. 11618-5-I.  Division One.  December 24, 1984.]

OSCAR STERN, *Appellant,* v. LA CONNER MACHINE & DRYDOCK, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Skagit County, No. 42366, Harry A. Follman, J., entered March 15,

1982. *Affirmed* by unpublished opinion per Callow, J., concurred in by Corbett, A.C.J., and Swanson, J.